Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Phone: (310) 229-1234
Fax: (310) 229-1244
KR@LNBYB.com

Gregory M. Utter * (OH Bar No. 0032528)
Joseph M. Callow, Jr. * (OH Bar No. 0061814)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
gmutter@kmklaw.com, jcallow@kmklaw.com

Joel D. Hesch * (DC Bar No. 421822)
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, Virginia  24503
Phone: (434) 229-8677
joel@howtoreportfraud.com

**ATTORNEYS FOR RELATORS**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, and WASHINGTON, and the DISTRICT OF COLUMBIA *ex rel.* NICHOLAS FINCH and NICHOLAS SACCOMANNO,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>NIHON KOHDEN CORPORATION; NIHON KOHDEN AMERICA, INC.; NIHON KOHDEN ORANGEMED, INC.; and NK US LABS.<br><br>Defendants. | No. CV 18-06352-ODW (MAAx)<br><br>**Relator's Notice of Voluntary Dismissal Without Prejudice** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), Relators Nicholas Finch and Nicholas Saccomanno (collectively, "Relators") hereby voluntary dismiss this matter without prejudice as to the United States of America ("United States") and the States of Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, State of Washington, and the District of Columbia (collectively, the "Plaintiff States").

Relators previously provided a copy of this Notice to counsel for the United States and the Plaintiff States for their review. Pursuant to 31 U.S.C. § 3730(b)(1), counsel for the United States has informed Relators that, in the interests of justice, the United States consents to dismissal of this action without prejudice to the United States. The Plaintiff States consent to dismissal without prejudice of the state law claims.

DATED: January 6, 2021    Respectfully submitted,

/s/ Kurt Ramlo
Kurt Ramlo
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

-and-

Gregory M. Utter *
Joseph M. Callow, Jr. *
KEATING MUETHING & KLEKAMP PLL

-and-

Joel D. Hesch *
THE HESCH FIRM, LLC

**Attorneys for Relators**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was emailed to the below listed individuals, on this 6th day of January, 2021.

Ross M. Cuff
Assistant United States Attorney
300 N. Los Angeles Street, Room 7516
Los Angeles, CA 90012
ross.cuff@usdoj.gov

*Attorney for the United States of America*

Carlotta Hivoral
Deputy Attorney General
California Department of Justice
Office of the Attorney General
Division of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Road, Suite 700
San Diego, CA 92108
carlotta.hivoral@doj.ca.gov

Lynne Kurtz-Citrin
Assistant Attorney General
Office of the Attorney General of Texas
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, TX 78711
lynne.kurtz-citrin@oag.texas.gov

*NAMFCU Coordinators on behalf of the Plaintiff States*

                              */s/ Kurt Ramlo*
                              Kurt Ramlo
                              LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.